# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Raymund Joseph Cholod,<br>a/k/a "Raymond Cholod"<br>DOB: XXXXXX<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:22–mj–00237<br>Assigned To : Magistrate Judge Upadhyaya, Moxila A.<br>Assign. Date : 11/2/2022<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | (Assaulting, Resisting, or Impeding Certain Officers) , |
| 18 U.S.C. § 1751(a)(1) and (b)(1)(A) | (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) , |
| 18 U.S.C. § 1752(a)(2) and (b)(1)(A) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) . |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Nichole Lynn Jasper , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: 11/02/2022

*Judge's signature*

City and state: Washington, D.C.      Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*