AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22–mj–00237 |
| | ) Assigned To : Magistrate Judge Upadhyaya, Moxila A. |
| Raymund Joseph Cholod, | ) Assign. Date : 11/2/2022 |
| a/k/a "Raymond Cholod" | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Raymund Joseph Cholod         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) ;
18 U.S.C. § 1751(a)(1) and (b)(1)(A) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) ;
18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) .

Date:  11/02/2022

Digitally signed by Moxila A. Upadhyaya
Date: 2022.11.02 13:05:49 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.         Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11-2-22 , and the person was arrested on *(date)* 11-3-22
at *(city and state)* Miami, FL .

Date:  11-3-22

*Arresting officer's signature*

Stephen May, Special Agent
*Printed name and title*