UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 22-mj-237 (MAU) |
| | : |
| RAYMUND JOSEPH CHOLOD, | : |
| a/k/a "Raymond Cholod," | : |
| | : |
| Defendant. | : |

### ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled preliminary hearing on January 31, 2023 be continued for good cause for sixty days to March 30, 2023 at 1 p.m.; and it is further

**ORDERED** that the time between January 31, 2023 and March 30, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and additional time to review discovery.

Zia M. Faruqui
2023.01.27
09:58:14 -05'00'

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE